STEVEN G. KALAR
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone:  (510) 637-3500

Counsel for Defendant JOSE GALLARDO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> JOSE GALLARDO ) <br> ) <br> Defendant. ) <br> ) <br> ) | No. CR 14-70537-MAG <br><br> STIPULATED REQUEST TO CONTINUE HEARING DATE TO FEBRUARY 17, 2015 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT AND [~~PROPOSED~~] ORDER <br><br> Hearing Date: January 27, 2015 <br> Time:              9:30 a.m. |

The above-captioned matter is set on January 27, 2015 before the Oakland Duty Magistrate for a PRELIMINARY HEARING/ARRAIGNMENT.  The parties jointly request that the Court continue the matter to February 17, 2015 at 9:30 a.m. before the Oakland Duty Magistrate. The parties stipulate that the Court exclude time under the Speedy Trial Act, 18 U.S.C. §§ 3161(b),(h)(7)(A) and (B)(iv), between the date of this Stipulation and February 17, 2015.  Under Fed. R. Crim. P. 5.1(d), the defendant consents to an extension of the time limit within which to hold a Preliminary hearing under Fed. R. Crim. P. 5.1(c).

The parties are currently involved in pre-indictment discussions and sharing of information, in hopes that the case can be resolved prior to indictment.  Mr. Gallardo has a medical condition which requires lengthy treatment (hemodialysis) several times per week.  He

is also housed outside of Oakland. Mr. Gallardo cannot realistically attend court proceedings or meet with counsel on dates on which he has dialysis. The government has made a plea offer to Mr. Gallardo. Defense counsel requires additional time to meet with Mr. Gallardo and an interpreter to discuss the plea offer. The parties further stipulate and agree that the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, the parties agree that the period of time from the date of this stipulation to February 17, 2015, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(b),(h)(7)(A) and (B)(iv), for effective preparation of defense counsel, taking into account the exercise of due diligence.

DATED: January 20, 20145                     /s/
                                             KATIE MADEARIS
                                             Assistant United States Attorney

DATED: January 20, 2015                      /s/
                                             JOHN PAUL REICHMUTH
                                             Assistant Federal Public Defender
                                             Counsel for Mr. Gallardo

**ORDER**

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS:

1. That the defense needs time to assess and discuss a proposed plea offer with Mr. Gallardo, who has medical issues requiring frequent treatments and housing outside the immediate vicinity;

2. That these tasks are necessary to the defense preparation of the case and that the failure to grant the requested continuance would unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence;

3. That the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial;

4. Through counsel, defendants consent to an extension of time in which to hold a Preliminary Hearing under Fed. R. Crim. P. 5.1(c).

Based on these findings, it is hereby

ORDERED that the matter be continued to February 17, 2015 at 9:30 a.m. before the Oakland Duty Magistrate for PRELIMINARY HEARING/ARRAIGNMENT; it is further

ORDERED that time be excluded pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(b),(h)(7)(A) and (B)(iv), from the date of this Stipulation until February 17, 2015.

ORDERED that the time for Preliminary Hearing is extended with the defendant's consent under Fed. R. Crim. P. 5.1(c).

January  21 , 2015                            _____
                                              HON. KANDIS WESTMORE
                                              United States Magistrate Judge